993 A.2d 871

**Robert X. TAYLOR, a/k/a James Smith AY–6068 Sci–Fayette, 50 Overlook Drive, Labella, PA 15450, Petitioner**

**v.**

**Honorable Sheldon C. JELIN, Judge of Court of Common Pleas, Philadelphia County, Room 143H, City Hall, Philadelphia PA 19107, Respondent.**

**No. 186 EM 2009.**

Supreme Court of Pennsylvania.

April 20, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of April, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.